UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ETINENNE UZAC, et al.,

                               Plaintiffs,

                 -against-

DEV PRAGAD,

                               Defendant.
-----------------------------------------------------------------X

25-CV-3573 (JLR) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 4, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

**By October 4, 2025**, the parties shall serve document requests and initial disclosures. All other discovery, including interrogatories and depositions, shall be stayed pending the Court's ruling on Defendant's Motion to Dismiss.

**By October 4, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of discovery and any significant case developments.

A case management conference in this matter is scheduled for **Wednesday, October 29, 2025 at 3:00 p.m.** in Courtroom 17A, United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties may file an agenda 3 business days before the conference.

       **SO ORDERED.**

DATED:     New York, New York
                September 5, 2025

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge