UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETIENNE UZAC et al.,

                Plaintiffs,

-against-

DEV PRAGAD,

                Defendant.

Case No. 1:25-cv-03573 (JLR) (KHP)

**ORDER PARTIALLY WITHDRAWING REFERENCE TO MAGISTRATE JUDGE**

JENNIFER L. ROCHON, United States District Judge:

    On July 10, 2025 the Court referred this case to Magistrate Judge Parker for General Pretrial and a Specific Non-Dispositive Motion Dispute, namely, Defendant's motion for sanctions, Dkt. 14. *See* Dkt. 18. It is hereby ORDERED that the reference for the specific non-dispositive motion dispute is WITHDRAWN. This Order does not affect in any way the Court's reference of the case for General Pretrial, which remains in effect.

Dated: September 16, 2025
       New York, New York

                          SO ORDERED.

                          JENNIFER L. ROCHON
                          United States District Judge