**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ETINENNE UZAC, et al.,

                                  Plaintiffs,

                  -against-

DEV PRAGAD,

                                  Defendant.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/4/2026___
```

**25-CV-3573 (JLR) (KHP)**

<u>**POST-CONFERENCE ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 4, 2026, the parties appeared before the undersigned for a Case Management Conference.  As set forth on the record, the stay previously ordered at ECF No. 35 will remain in effect. The parties, however are directed to (i) upload relevant ESI from their own client(s) onto a platform, (ii) exchange ESI search terms, (iii) begin evaluating what the review of these documents will entail, and (iv) file a joint status letter by **April 3, 2026** updating the Court as to where the parties are in that process.

        **SO ORDERED.**

DATED:        New York, New York
              March 4, 2026

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge