**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 ETIENNE UZAC, DAVID ENWRIGHT,
WILLIAM DOVE, MYONG SOP SHIM,
JAEWON KIM, DONG-CHAN KIM, and
JAMES KONG,

Plaintiff,

      -against-                                           25 **CIVIL** 3573 (JLR)

**JUDGMENT**

DEV PRAGAD,

Defendants.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2026, Pragad's motion to dismiss pursuant to Rule 12(b)(7) is GRANTED and his motion for sanctions is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

     March 25, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** _____
                                       **Deputy Clerk**